United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-12340-jkf
Michael F Dallmer                                                     Chapter 13
Cecilia M Dallmer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith              Page 1 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: 309I            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db/jdb         +Michael F Dallmer,    Cecilia M Dallmer,    306 Friendship Street,    Philadelphia, PA 19111-3906
tr             +SCOTT WATERMAN,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
14305931       +AT&T Universal Citi Card,    Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14305932       +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14305943       +Citibank/Sunoco,    Citibank Corp/Centralized Bankruptcy,    Po Box 6407,
                 Sioux Falls, SD 57117-6407
14305944       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14305954        Fox Chase Cancer Center,    P.O. Box 827200,    Philadelphia, PA 19182-7200
14305955       +Jeanes Hospital,    Attn: O/P Billing,    7600 Central Avenue,    Philadelphia, PA 19111-2499
14305957       +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14305959       +Police &fire,    1 Greenwood Square Office Park,    3333 Street Rd.,    Bensalem, PA 19020-2022
14305961        Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
14305962       +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
14305963       #+Receivables Management Partners (RMP),    Attn: Bankruptcy Dept,    Po Box 349,
                 Greensburg, IN 47240-0349
14305964        Society Hill Anesthesia Consultants,    PO Box 414853,    Boston, MA 02241-4853
14305973        Temple University Physicians,    P.O. Box 827783,    Philadelphia, PA 19182-7783

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dmo160west@gmail.com Apr 19 2019 02:47:14     DAVID M. OFFEN,    The Curtis Center,
                 601 Walnut Street,    Suite 160 West,    Philadelphia, PA  19106
smg             E-mail/Text: megan.harper@phila.gov Apr 19 2019 02:48:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:11     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 19 2019 02:47:58     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14305927        EDI: RMCB.COM Apr 19 2019 06:33:00      AMCA,   PO Box 1235,    Elmsford, NY 10523-0935
14305928       +EDI: PHINAMERI.COM Apr 19 2019 06:33:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
14305929       +EDI: AMEREXPR.COM Apr 19 2019 06:33:00      Amex,   Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
14305936       +EDI: TSYS2.COM Apr 19 2019 06:33:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
14305937       +EDI: CAPITALONE.COM Apr 19 2019 06:33:00      Capital One,   Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14305939        E-mail/Text: kellyp@ccpdocs.com Apr 19 2019 02:48:34     Cardiology Consultants Ph,
                 207 North Broad Street, 3rd Floor,    Philadelphia, PA 19107-1500
14305940       +EDI: CHASE.COM Apr 19 2019 06:33:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
14305945       +EDI: CITICORP.COM Apr 19 2019 06:33:00      Citicards Cbna,    Citi Bank,    Po Box 6077,
                 Sioux Falls, SD 57117-6077
14305950       +EDI: WFNNB.COM Apr 19 2019 06:33:00      ComenityCapital/Boscov,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14305949       +EDI: WFNNB.COM Apr 19 2019 06:33:00      ComenityCapital/Boscov,    Po Box 182120,
                 Columbus, OH 43218-2120
14305948       +EDI: WFNNB.COM Apr 19 2019 06:33:00      Comenitycapital/bjsclb,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14305951        EDI: CCS.COM Apr 19 2019 06:33:00      Credit Collection Services,    Payment Processing Center,
                 P.O. Box 55126,    Boston, MA 02205-5126
14305952        EDI: DISCOVER.COM Apr 19 2019 06:33:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
14305956       +EDI: CBSKOHLS.COM Apr 19 2019 06:33:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
14305956        E-mail/Text: bncnotices@becket-lee.com Apr 19 2019 02:47:23     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14305965       +EDI: RMSC.COM Apr 19 2019 06:33:00      Syncb/care Credit,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
14306474       +EDI: RMSC.COM Apr 19 2019 06:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14307426       +EDI: RMSC.COM Apr 19 2019 06:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14305966       +EDI: RMSC.COM Apr 19 2019 06:33:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14305968       +EDI: RMSC.COM Apr 19 2019 06:33:00      Synchrony Bank/PayPal Cr,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060

```
District/off: 0313-2           User: Keith                Page 2 of 2                   Date Rcvd: Apr 18, 2019
                               Form ID: 309I              Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14305969       +EDI: RMSC.COM Apr 19 2019 06:33:00     Synchrony Bank/Sams,    Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
14305970       +EDI: RMSC.COM Apr 19 2019 06:33:00     Synchrony Bank/Sams Club,   Attn:  Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
14305971       +EDI: WTRRNBANK.COM Apr 19 2019 06:33:00      Target,   Attn: Bankruptcy,   Po Box 9475,
                 Minneapolis, MN 55440-9475
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +SCOTT WATERMAN,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,   Suite 100,
                 Reading, PA 19606-2265
14305930*      +Amex,   Correspondence/Bankruptcy,   Po Box 981540,    El Paso, TX 79998-1540
14305933*      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
14305934*      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
14305935*      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
14305938*      +Capital One,   Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14305941*      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850-5298
14305942*      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850-5298
14305946*      +Citicards Cbna,   Citi Bank,    Po Box 6077,   Sioux Falls, SD 57117-6077
14305947*      +Citicards Cbna,   Citi Bank,    Po Box 6077,   Sioux Falls, SD 57117-6077
14305953*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
                (address filed with court:   Discover Financial,    Attn: Bankruptcy Department,   Po Box 15316,
                 Wilmington, DE 19850)
14305960*      +Police &fire,   1 Greenwood Square Office Park,    3333 Street Rd.,   Bensalem, PA 19020-2022
14305967*      +Synchrony Bank/Amazon,    Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14305972*      +Target,   Attn: Bankruptcy,    Po Box 9475,   Minneapolis, MN 55440-9475
14305958       ##+Philadelphia Hand to Shoulder Center,    700 South Henderson Road, Suite 200,
                 King of Prussia, PA 19406-4207
                                                                                          TOTALS: 0, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Joint Debtor Cecilia M Dallmer dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor Michael F Dallmer dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT  WATERMAN ECFmail@fredreiglech13.com,
               ECF_FRPA@Trustee13.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael F Dallmer** | Social Security number or ITIN | **xxx–xx–2731** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cecilia M Dallmer** | Social Security number or ITIN | **xxx–xx–3000** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **4/11/19** | |
| Case number: | **19–12340–jkf** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                                          12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael F Dallmer | Cecilia M Dallmer |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 306 Friendship Street<br>Philadelphia, PA 19111 | 306 Friendship Street<br>Philadelphia, PA 19111 |
| 4. | **Debtor's attorney**<br>Name and address | DAVID M. OFFEN<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106 | Contact phone (215) 625–9600<br>Email: dmo160west@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT WATERMAN<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br>Email: ECFmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 4/18/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 17, 2019 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** **Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** You must file: <br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/16/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/20/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/8/19** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1160.00 per month for 44 months. The plan is enclosed. The hearing on confirmation will be held on: **6/26/19 at 09:30 AM** , Location: **Courtroom #3, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |