Certificate Number: 12433-PAE-DE-032752781

Bankruptcy Case Number: 19-12340



12433-PAE-DE-032752781

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 1, 2019</u>, at <u>1:06</u> o'clock <u>PM EDT</u>, <u>Cecilia M. Dallmer</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 1, 2019</u>                     By:    <u>/s/Candace Jones</u>

                                            Name:  <u>Candace Jones</u>

                                            Title: <u>Counselor</u>