Certificate Number: 12433-PAE-DE-032752780

Bankruptcy Case Number: 19-12340



12433-PAE-DE-032752780

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 1, 2019, at 1:06 o'clock PM EDT, Michael F. Dallmer completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 1, 2019               By:    /s/Candace Jones

                                 Name:  Candace Jones

                                 Title: Counselor