UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                      Bankr. Case No. 19-12340-JKF-13

Michael F Dallmer and Cecilia M Dallmer                                     Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                         Bankr. Case No. 19-12340-JKF-13

Michael F Dallmer and Cecilia M Dallmer                                                Chapter 13

      Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 10, 2019 :

| | |
|---|---|
| DAVID M OFFEN<br>601 WALNUT ST<br>PHILADELPHIA, PA  19106 | Scott Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

By_ /s/ Mandy Youngblood_____

                                                                    Mandy Youngblood

xxxxx95532 / 986978