IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In | Michael F. Dallmer | ) | Chapter 13 |
|----|--------------------|---|------------|
| Re: | Cecilia M. Dallmer | ) | |
| | Debtors | ) | No. 19-12340-JKF |
| | | ) | |

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


/s/David M. Offen
David M. Offen
Attorney for Debtor

Date:7/10/19