| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-12340-AMC**

MICHAEL F DALLMER  
CECILIA M DALLMER  
306 FRIENDSHIP STREET  
PHILADELPHIA  PA    19111  

Petition Filed Date: 04/11/2019  
341 Hearing Date: 05/17/2019  
Confirmation Date: 10/16/2019  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/09/2019 | $1,160.00 | Monthly Plan P | 06/10/2019 | $1,160.00 | Monthly Plan P | 07/09/2019 | $1,160.00 | Monthly Plan P |
| 08/08/2019 | $1,160.00 | Monthly Plan P | 09/10/2019 | $1,160.00 | Monthly Plan P | 10/08/2019 | $1,160.00 | |
| 11/12/2019 | $1,160.00 | | 12/09/2019 | $1,160.00 | | 01/09/2020 | $1,160.00 | |
| 02/10/2020 | $1,160.00 | | 03/09/2020 | $1,160.00 | | 04/08/2020 | $1,160.00 | |
| 05/08/2020 | $1,160.00 | | 06/11/2020 | $1,160.00 | | 07/08/2020 | $1,160.00 | |
| 08/10/2020 | $1,160.00 | | | | | | | |

**Total Receipts for the Period: $18,560.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,560.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $12,141.76 | $0.00 | $12,141.76 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $11,948.89 | $0.00 | $11,948.89 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»» 003 | Secured Creditors | $26,350.93 | $11,724.39 | $14,626.54 |
| 4 | POLICE & FIRE FCU<br>»» 004 | Unsecured Creditors | $842.72 | $0.00 | $842.72 |
| 5 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $4,861.45 | $0.00 | $4,861.45 |
| 6 | QUEST DIAGNOSTICS<br>»» 006 | Unsecured Creditors | $101.60 | $0.00 | $101.60 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $1,806.69 | $0.00 | $1,806.69 |
| 8 | CHASE BANK USA NA<br>»» 008 | Unsecured Creditors | $2,231.72 | $0.00 | $2,231.72 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $5,449.08 | $0.00 | $5,449.08 |
| 10 | AMERICAN INFOSOURCE LP<br>»» 010 | Unsecured Creditors | $1,707.51 | $0.00 | $1,707.51 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $1,016.20 | $0.00 | $1,016.20 |
| 12 | THE PHILADELPHIA HAND CENTER PC<br>»» 012 | Unsecured Creditors | $255.47 | $0.00 | $255.47 |
| 13 | QUICKEN LOANS INC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | TD BANK USA NA<br>»» 014 | Unsecured Creditors | $2,292.81 | $0.00 | $2,292.81 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | TD BANK USA NA<br>»» 015 | Unsecured Creditors | $1,713.00 | $0.00 | $1,713.00 |
| 16 | BANK OF AMERICA NA<br>»» 016 | Unsecured Creditors | $6,154.51 | $0.00 | $6,154.51 |
| 17 | BANK OF AMERICA NA<br>»» 017 | Unsecured Creditors | $5,066.66 | $0.00 | $5,066.66 |
| 18 | ASHLEY FUNDING SVCS LLC<br>»» 018 | Unsecured Creditors | $95.51 | $0.00 | $95.51 |
| 19 | ASHLEY FUNDING SVCS LLC<br>»» 019 | Unsecured Creditors | $9.03 | $0.00 | $9.03 |
| 20 | BECKET & LEE, LLP<br>»» 020 | Unsecured Creditors | $2,517.34 | $0.00 | $2,517.34 |
| 21 | QUANTUM3 GROUP LLC as agent for<br>»» 021 | Unsecured Creditors | $770.85 | $0.00 | $770.85 |
| 22 | QUANTUM3 GROUP LLC as agent for<br>»» 022 | Unsecured Creditors | $760.05 | $0.00 | $760.05 |
| 23 | QUANTUM3 GROUP LLC as agent for<br>»» 023 | Unsecured Creditors | $6,683.57 | $0.00 | $6,683.57 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $2,403.02 | $0.00 | $2,403.02 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $4,726.99 | $0.00 | $4,726.99 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $7,078.77 | $0.00 | $7,078.77 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $2,843.93 | $0.00 | $2,843.93 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 028 | Unsecured Creditors | $7,908.53 | $0.00 | $7,908.53 |
| 29 | CITIBANK NA<br>»» 029 | Unsecured Creditors | $6,126.02 | $0.00 | $6,126.02 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 030 | Unsecured Creditors | $4,190.83 | $0.00 | $4,190.83 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 031 | Unsecured Creditors | $9,935.42 | $0.00 | $9,935.42 |
| 32 | CITIBANK NA<br>»» 032 | Unsecured Creditors | $4,991.84 | $0.00 | $4,991.84 |
| 33 | CITIBANK NA<br>»» 033 | Unsecured Creditors | $1,877.98 | $0.00 | $1,877.98 |
| 34 | CITIBANK NA<br>»» 034 | Unsecured Creditors | $1,562.54 | $0.00 | $1,562.54 |
| 35 | CITIBANK NA<br>»» 035 | Unsecured Creditors | $367.06 | $0.00 | $367.06 |
| 36 | CITIBANK NA<br>»» 036 | Unsecured Creditors | $108.94 | $0.00 | $108.94 |
| 37 | CITY OF PHILADELPHIA (LD)<br>»» 037 | Secured Creditors | $58.60 | $16.81 | $41.79 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 19-12340-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,560.00 | Current Monthly Payment: | $1,160.00 |
| Paid to Claims: | $15,741.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,765.52 | Total Plan Base: | $49,880.00 |
| Funds on Hand: | $1,053.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.