| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-12340-AMC**

MICHAEL F DALLMER  
CECILIA M DALLMER  
306 FRIENDSHIP STREET  
PHILADELPHIA PA 19111

Petition Filed Date: 04/11/2019  
341 Hearing Date: 05/17/2019  
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $1,160.00 | | 05/10/2021 | $1,160.00 | | 06/08/2021 | $1,160.00 | |
| 07/09/2021 | $1,160.00 | | 08/09/2021 | $1,160.00 | | 09/10/2021 | $1,160.00 | |
| 10/08/2021 | $1,160.00 | | 11/08/2021 | $1,160.00 | | 12/09/2021 | $1,160.00 | |
| 01/10/2022 | $1,160.00 | | 02/08/2022 | $1,160.00 | | 03/08/2022 | $1,160.00 | |
| 04/08/2022 | $1,160.00 | | 05/09/2022 | $1,160.00 | | 06/08/2022 | $1,160.00 | |
| 07/12/2022 | $1,160.00 | | | | | | | |

**Total Receipts for the Period: $18,560.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $45,240.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $12,141.76 | $1,077.25 | $11,064.51 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $11,948.89 | $1,060.13 | $10,888.76 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»» 003 | Secured Creditors | $26,350.93 | $26,350.93 | $0.00 |
| 4 | POLICE & FIRE FCU<br>»» 004 | Unsecured Creditors | $842.72 | $60.10 | $782.62 |
| 5 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $4,861.45 | $431.34 | $4,430.11 |
| 6 | QUEST DIAGNOSTICS<br>»» 006 | Unsecured Creditors | $101.60 | $0.00 | $101.60 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $1,806.69 | $160.26 | $1,646.43 |
| 8 | CHASE BANK USA NA<br>»» 008 | Unsecured Creditors | $2,231.72 | $197.96 | $2,033.76 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $5,449.08 | $483.42 | $4,965.66 |
| 10 | AMERICAN INFOSOURCE LP<br>»» 010 | Unsecured Creditors | $1,707.51 | $136.62 | $1,570.89 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $1,016.20 | $90.16 | $926.04 |
| 12 | THE PHILADELPHIA HAND CENTER PC<br>»» 012 | Unsecured Creditors | $255.47 | $15.96 | $239.51 |
| 13 | QUICKEN LOANS INC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | TD BANK USA NA<br>»» 014 | Unsecured Creditors | $2,292.81 | $203.45 | $2,089.36 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | TD BANK USA NA<br>»» 015 | Unsecured Creditors | $1,713.00 | $137.08 | $1,575.92 |
| 16 | BANK OF AMERICA NA<br>»» 016 | Unsecured Creditors | $6,154.51 | $546.05 | $5,608.46 |
| 17 | BANK OF AMERICA NA<br>»» 017 | Unsecured Creditors | $5,066.66 | $449.49 | $4,617.17 |
| 18 | ASHLEY FUNDING SVCS LLC<br>»» 018 | Unsecured Creditors | $95.51 | $0.00 | $95.51 |
| 19 | ASHLEY FUNDING SVCS LLC<br>»» 019 | Unsecured Creditors | $9.03 | $0.00 | $9.03 |
| 20 | BECKET & LEE, LLP<br>»» 020 | Unsecured Creditors | $2,517.34 | $223.32 | $2,294.02 |
| 21 | QUANTUM3 GROUP LLC as agent for<br>»» 021 | Unsecured Creditors | $770.85 | $61.65 | $709.20 |
| 22 | QUANTUM3 GROUP LLC as agent for<br>»» 022 | Unsecured Creditors | $760.05 | $60.82 | $699.23 |
| 23 | QUANTUM3 GROUP LLC as agent for<br>»» 023 | Unsecured Creditors | $6,683.57 | $592.95 | $6,090.62 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $2,403.02 | $213.23 | $2,189.79 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $4,726.99 | $419.35 | $4,307.64 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $7,078.77 | $628.01 | $6,450.76 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $2,843.93 | $252.34 | $2,591.59 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 028 | Unsecured Creditors | $7,908.53 | $701.64 | $7,206.89 |
| 29 | CITIBANK NA<br>»» 029 | Unsecured Creditors | $6,126.02 | $543.53 | $5,582.49 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 030 | Unsecured Creditors | $4,190.83 | $371.84 | $3,818.99 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 031 | Unsecured Creditors | $9,935.42 | $881.46 | $9,053.96 |
| 32 | CITIBANK NA<br>»» 032 | Unsecured Creditors | $4,991.84 | $442.87 | $4,548.97 |
| 33 | CITIBANK NA<br>»» 033 | Unsecured Creditors | $1,877.98 | $166.58 | $1,711.40 |
| 34 | CITIBANK NA<br>»» 034 | Unsecured Creditors | $1,562.54 | $125.05 | $1,437.49 |
| 35 | CITIBANK NA<br>»» 035 | Unsecured Creditors | $367.06 | $32.60 | $334.46 |
| 36 | CITIBANK NA<br>»» 036 | Unsecured Creditors | $108.94 | $0.00 | $108.94 |
| 37 | CITY OF PHILADELPHIA (LD)<br>»» 037 | Secured Creditors | $58.60 | $58.60 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 19-12340-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $45,240.00 | Current Monthly Payment: | $1,160.00 |
| Paid to Claims: | $41,176.04 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,957.92 | Total Plan Base: | $49,880.00 |
| Funds on Hand: | $106.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.