United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12340-amc |
| Michael F Dallmer | Chapter 13 |
| Cecilia M Dallmer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael F Dallmer, Cecilia M Dallmer, 306 Friendship Street, Philadelphia, PA 19111-3906 |
| 14305954 | | Fox Chase Cancer Center, P.O. Box 827200, Philadelphia, PA 19182-7200 |
| 14305955 | + | Jeanes Hospital, Attn: O/P Billing, 7600 Central Avenue, Philadelphia, PA 19111-2499 |
| 14305957 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14305958 | #+ | Philadelphia Hand to Shoulder Center, 700 South Henderson Road, Suite 200, King of Prussia, PA 19406-4207 |
| 14305959 | + | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |
| 14321355 | | Quest Diagnostics MR 461, P.O. Box 4911, SouthEastern, PA 19398-4911 |
| 14309108 | + | Quicken Loans Inc., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14305964 | | Society Hill Anesthesia Consultants, PO Box 414853, Boston, MA 02241-4853 |
| 14305973 | | Temple University Physicians, P.O. Box 827783, Philadelphia, PA 19182-7783 |
| 14332089 | + | The Philadelphia Hand Center PC, c/o Tabas & Rosen P.C., 1601 Market Street Suite 2300, Philadelphia, PA 19103-2306 |
| 14332087 | + | The Philadelphia Hand Center PC, c/o Tabas & Rosen PC, 1601 Market Street, Suite 2300, Philadelphia, PA 19103-2306 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14305927 | | Email/Text: bkrpt@retrievalmasters.com | Jan 13 2023 00:35:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 14317922 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 13 2023 00:35:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14305931 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:32 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14305928 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 13 2023 00:35:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14330666 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 00:48:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14305929 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 00:48:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14334975 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 00:36:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 19-12340-amc   Doc 45   Filed 01/14/23   Entered 01/15/23 00:32:25   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 58 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14305932 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 13 2023 00:35:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14334234 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 13 2023 00:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14305936 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 13 2023 00:35:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14382007 | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14305937 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 00:36:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14324989 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2023 00:36:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14340248 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 00:48:29 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14305939 | | Email/Text: kellyp@ccpdocs.com | Jan 13 2023 00:35:00 | Cardiology Consultants Ph, 207 North Broad Street, 3rd Floor, Philadelphia, PA 19107-1500 |
| 14323274 | + | Email/Text: RASEBN@raslg.com | Jan 13 2023 00:35:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14322542 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 13 2023 00:35:00 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14344362 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:32 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14305943 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:54 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 6407, Sioux Falls, SD 57117-6407 |
| 14305944 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:54 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14305945 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:13 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14305949 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 00:35:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14305950 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 00:35:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14305948 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 00:35:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14305951 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 13 2023 00:35:00 | Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14305952 | | Email/Text: mrdiscen@discover.com | Jan 13 2023 00:35:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14311687 | | Email/Text: mrdiscen@discover.com | Jan 13 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14305940 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2023 00:36:10 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14305956 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2023 00:35:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14344212 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2023 00:36:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14341564 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 13 2023 00:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14305961 | | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 13 2023 00:35:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 14305962 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 13 2023 00:35:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14332667 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 13 2023 00:35:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14305963 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 13 2023 00:35:00 | Receivables Management Partners (RMP), Attn: Bankruptcy Dept, Po Box 349, Greensburg, IN 47240-0349 |
| 14305965 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:29 | Syncb/care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14307426 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14306474 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14305966 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:12 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14305968 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:30 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14305969 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:11 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14305970 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:29 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14334175 | + | Email/Text: bncmail@w-legal.com | Jan 13 2023 00:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14305971 | + | Email/Text: bncmail@w-legal.com | Jan 13 2023 00:35:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14326920 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14327171 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14305930 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14305933 | *+ | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14305934 | *+ | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14305935 | *+ | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14305938 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14324088 | *+ | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14305946 | *+ | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14305947 | *+ | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14305953 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14305941 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14305942 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| | | |
|---|---|---|
| 14305960 | *+ | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |
| 14305967 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14305972 | *+ | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14332090 | *+ | The Philadelphia Hand Center PC, c/o Tabas & Rosen P.C., 1601 Market Street Suite 2300, Philadelphia, PA 19103-2306 |
| 14332088 | *+ | The Philadelphia Hand Center, PC, c/o Tabas & Rosen PC, 1601 Market Street Suite 2300, Philadelphia, PA 19103-2306 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DAVID M. OFFEN
on behalf of Debtor Michael F Dallmer dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
on behalf of Joint Debtor Cecilia M Dallmer dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KEVIN G. MCDONALD
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael F Dallmer and Cecilia M Dallmer

        Debtor(s)          Case No: 19−12340−amc

                       Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/12/23

                                                                                                                                   42 − 39
                                                                                                                              Form 138OBJ