**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1     Michael F. Dallmer

Debtor 2     Cecilia M. Dallmer

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   19-12340 AMC

Official Form 410S1
# Notice of Mortgage Payment Change                          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 0521

**Date of payment change:**
Must be at least 21 days after date of this notice       12/01/2022

**New total payment:**       $1282.92
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $239.13           New escrow payment: $229.73

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %           New interest rate: _____ %

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   Current mortgage payment: $_____          New mortgage payment: $_____

Official Form 410S1        **Notice of Mortgage Payment Change**        page 1

| Debtor(s) | <u>Michael F. Dallmer, Cecilia M. Dallmer</u> | | | Case number *(if known)* <u>19-12340 AMC</u> |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*                                                              Date   10/21/2022
Signature

Print: Michael Farrington
21 Oct 2022, 16:14:03, EDT

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701         Market Street, Suite 5000</u>
                Number      Street
          Philadelphia,                              PA      19106
          City                                       State   ZIP Code

Contact phone   (215) 627–1322              Email  <u>bkgroup@kmllawgroup.com</u>