# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Michael F. Dallmer** <br> **Cecilia M. Dallmer** <br>                  **Debtors** | **BK NO. 19-12340 AMC** <br><br> **Chapter 13** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.** <br>                  **Movant** <br>      **vs.** <br><br> **Michael F. Dallmer** <br> **Cecilia M. Dallmer** <br>                  **Debtors** <br><br> **Scott Waterman, Esq.** <br>                  **Trustee** | **Related to Claim No. 13** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 25, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Michael F. Dallmer
306 Friendship Street
Philadelphia, PA 19111

Cecilia M. Dallmer
306 Friendship Street
Philadelphia, PA 19111

Attorney for Debtors
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Trustee
Scott Waterman, Esq.
2901 St. Lawrence Ave.
Suite 100 (VIA ECF)
Reading, PA 19606

Method of Service: Electronic means or first-class mail.

Dated: October 25, 2022

                                                      **/s/Michael P. Farrington, Esq.**
                                                    Michael P. Farrington, Esq.
                                                    Attorney I.D. 329636
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106
                                                    (215) 825-6488
                                                    mfarrington@kmllawgroup.com